UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JENNIFER GREMILLION, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> AEP TEXAS CENTRAL COMPANY, *et al.*, <br> Defendants. | § <br> § <br> § <br> §    Civil Action No. 1:17-cv-225 <br> § <br> § <br> § <br> § |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before this Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 25) in the above-referenced civil action. After a *de novo* review of the record, Plaintiffs' objections and Defendants' corresponding response, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. It is therefore **ORDERED, ADJUDGED,** and **DECREED** that "Plaintiffs' Motion to Remand" (Docket No. 10) and "Plaintiffs' Motion for Leave to File First Amended Complaint" (Docket No. 12) are hereby **DENIED**.

Signed on this ___12th___ day of ___March___, 2018.

_____
Rolando Olvera
United States District Judge